# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TERRY DON MATNEY**  **PLAINTIFF**
**#159392**

V.           NO. 3:22-cv-00056-LPR-ERE

**KEVIN MOLDER,** *et al.*           **DEFENDANTS**

## ORDER

On March 18, 2022, mail sent to Plaintiff Terry Don Matney from the Court was returned as undeliverable with the notation "not at this address." *Doc. 3*. Mr. Matney has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 2*)[1] and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Matney regarding this lawsuit.

If Mr. Matney wants to pursue this lawsuit, he must notify the Court of his current address within 30 days. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

IT IS SO ORDERED this 29th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Matney appears not to have received the Court's Initial Order. However, even as a *pro se* litigant, Mr. Matney must still follow the Federal Rules of Civil Procedure and this Court's Local Rules.