# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TERRY DON MATNEY**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#159392**

**V.**　　　　　　　　**NO. 3:22-cv-00056-LPR-ERE**

**KEVIN MOLDER,** *et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.　Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Matney's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.　Discussion

On March 7, 2022, Plaintiff Terry Don Matney, an inmate at the Poinsett County Detention Center, filed this § 1983 lawsuit *pro se. Doc. 1*. On March 18,

2022, mail sent to Mr. Matney from the Court was returned as undeliverable with the notation "not at this address." *Doc. 3*.

On March 29, 2022, the Court ordered Mr. Matney to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 4*. To date, he has not responded to the Court's March 29 Order.

Mr. Matney has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. *Doc. 2*. As a result, the Court has no way to communicate with Mr. Matney regarding his lawsuit.

### III.   Conclusion

The Court recommends that Mr. Matney's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's March 29, 2022 Order; and (3) prosecute this lawsuit.

DATED this 2nd day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE