# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TERRY DON MATNEY**  **PLAINTIFF**
**#159392**

V.                    NO. 3:22-cv-00056-LPR-ERE

**KEVIN MOLDER,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are DISMISSED. This case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 23rd day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE